FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. Sec. 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

Richard Burley                           ADC # 12 3960

(Enter above the full name of the
plaintiff, or plaintiffs, in this
action.)

V.                                       CASE NO. 2002-15-2

State of Arkansas                        4:04CW00050 JWc
Kim Smith/Linda Scribner/
Washington County                                      Howard
(Enter above the full name of                          Cavaneau
defendant or defendants, in
this action.)

I.    Previous Lawsuits

      A.    Have you begun other lawsuits in state or federal court
            dealing with the same facts involved in this action?

            Yes _____    No __X__

      B.    If your answer to A is yes, describe each lawsuit in
            the space below.  (If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper, using the same outline.)

            1.    Parties to this lawsuit

                  Plaintiffs: _____

                  _____

                  Defendants: _____

                  _____

            2.    Court (If federal court, name the district; if state
                  court, name the county: _____

                  _____

-1-

1,

      3.   Docket Number: _____

      4.   Name of Judge to whom case was assigned: _____

      5.   Disposition (for example: Was the case dismissed? was it appealed? Is it still pending?): _____

      6.   Approximate date of filing lawsuit: _____

      7.   Approximate date of disposition: _____

II.   Place of present Confinement: _____

III.  There is a prisoner grievance procedure in the Arkansas Department of Correction. **Failure to complete the grievance procedure may affect your case in federal court.**

    A.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _____ No __✓__

    B.   If your answer is YES, Attach copies evidencing completion of **the final step of the grievance appeal** procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT **IN THE DISMISSAL OF YOUR COMPLAINT.**

    C.   If your answer is NO, explain why not: _____

IV.  Parties
(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.   Name of plaintiff: Richard Burley ADC# 123460

        Address: N.C.U. ~~#2~~ HC#62 Box 300 Calico Rock AR 72519

    Name of plaintiff: _____

    Address: _____

    Name of plaintiff: _____

    Address: _____

-2-

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: Linda Scribner
Position: Attorney
Place of employment: Attorney At Law
Address: 105 W. Central Bentonville, AR 72712

Defendant: Kim M. Smith
Position: Circuit Judge
Place of employment: Washington County Courthouse
Address: 280 N. College Ave. PO Box 1270, 1206

Defendant: Matt Durrett
Position: Prosecuting Attorney
Place of employment: Washington County Pro/Attorney Office
Address: 280 N. College Ave 72701

Defendant: _____
Position: _____
Place of employment: _____
Address: _____

Defendant: _____
Position: _____
Place of employment: _____
Address: _____

—3—

1`

V. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) On the Date of July 2nd of 2002 I Richard Burley took A Plea on Conspira to commit Aggravated Robbery And there I took The Plea on 120 Days Boot Camp And the Judge And Prosecuter ALL agreed With Boot Camp I came To Find out that I could Not go to Boot Camp I Had A Violent offense and so here I Am serving 120 months In ADC I Filled For A rule 66.1 it was Denied I Also Filled A Rule 37 But I don't know of Any thing of it yet I Filled A Coram Nobis on the Fact my Amendment Right where Violat my 14th & 8th

VI. Relief

State briefly exactly what YOU want the court to do for YOU. Make no legal arguments. Cite no cases or statutes.

I would Like to At Less Be taken ok The 1/2 ~~Harm on I'm serving to gts~~ on A 1/2 ~~I would Like the 1/2 Today~~ off I would Like To Be Retailed

I declare under penalty of perjury (18 U. S. C. § 1621 that the foregoing is true and correct.
Executed on this 12 day of May ,2003

Dec

Signature(s) of plaintiff(s)

—4—

- Linda Scribner help me fill my Rule 26.1 & Rule 37, But Did not help me tough the court matter Because she knew I couldn't go to Boot Camp The Judge & Prosecuter should have study my case before making any false decision They should have knew IF I could go or not they made a false judgment they more liked tricked me into taking a plea for which was not good

RESPECTFULLY SUBMITTED,

*Richard Binley* 
113460                                    , PRO SE,
ADC. # 123460
NORTH CENTRAL UNIT, ADC.
HC-62 BOX 300
CALICO ROCK, ARKANSAS 72519

STATE OF ARKANSAS    )
                     )
COUNTY OF IZARD      )

SUBSCRIBED AND SWORN TO BEFORE ME, A NOTARY PUBLIC, THIS _26_ DAY OF _Dec_, ~~19~~ 2003.

_R.C. Alexander_
NOTARY PUBLIC

MY COMMISSION EXPIRES: 08-10-09 .